# EXHIBIT 1

Rudy, Exelrod, Zieff & Lowe, LLP

415-906-2647

# Mark S. Rudy

Location:
San Francisco, California
Phone:
415-982-1457
Fax:
415-434-0513
Email:
Email Me

Mark Rudy has been named as one of the top 500 judges/mediators in America by Lawdragon, rated a top 10 mediator by the San Francisco Recorder, one of the top 100 Northern California SuperLawyers in every issue from 2004 to the present, ranked as one of the top 10 SuperLawyers in Northern California in September 2007 and in September 2010, one of the best mediators in the State of California for every year which ratings have been done by the Daily Journal, and one of the top five plaintiff employment lawyers in Northern California, San Francisco Recorder, Summer 2004, and awarded 2013 Mediator of the Year by the San Francisco Trial Lawyers Association. Mr. Rudy has now mediated, both as an advocate and a mediator, over 4,000 employment matters since July 1988.

Mr. Rudy has handled, as lead counsel through trial, approximately 30 court and jury matters involving wrongful termination and/or employment discrimination.

Mr. Rudy has been nominated to Best Lawyers in America, Woodward/White from 1991 to the present. He is a Fellow of the College of Labor and Employment Lawyers and the International Academy of Mediators.

Mr. Rudy is a member of the Bar Association of San Francisco, and served as Chair of the Labor and Employment Section (1990-1992). He is also a member of the State Bar of California and served as Executive Committee Member of the Labor and Employment Law Section (1990-1995). Mr. Rudy is a former Board Member of the San Francisco Trial Lawyers Association (1989-1992).

Mr. Rudy has authored and co-authored numerous publications and has spoken and written widely on employment law, class action, and alternative dispute resolution issues.

For All Mediation Inquiries: Contact Janet Clark, Legal Asst. jclark@rezlaw.com or call 415-982-1457

## Year Joined Firm

- 1976

## Areas of Practice

- 100% Mediation

## Bar Admissions

- Virginia, 1969
- California, 1975
- District of Columbia, 1970
- U.S. District Court Central District of California, 1970

## Education

- **Georgetown University Law Center, Washington, District of Columbia**
    - J.D. - 1969
- **University of Connecticut, Storrs, Connecticut**
    - B.A. - 1966

## Published Works

- Wrongful Employment Termination Practice California Continuing Education of the Bar, August, 1981

## Representative Cases

- *Stephens v. Coldwell Banker Commercial Group, Inc.*, 199 Cal.App.3d 1394 (Cal.App. 1 Dist. 1988)
- *Luck v. Southern Pacific Transp. Co.*, 218 C.A.3d 1 (Cal.App. 1 Dist. 1990)

## Honors and Awards

- Best Lawyers in America, 1991 - 2013
- SuperLawyers, 2004 - 2013

## Professional Associations and Memberships

- Fellow, International Academy of Mediators
- Fellow, College of Labor and Employment Lawyers
- San Francisco Bar Association, Labor and Employment Law Section, Former Chair, 1990 - 1992
- State Bar of California , Labor and Employment Law Section, Executive Committee Member , 1990 - 1995
- San Francisco Trial Lawyers Association, Board Member , 1989 - 1992

© 2014 by Rudy, Exelrod, Zieff & Lowe, LLP. All rights reserved. Disclaimer | Site Map
Privacy Policy | Law Firm Marketing by FindLaw, a Thomson Reuters business.