# EXHIBIT 3

Ambrosino v. Home Depot USA, Inc.
CONSTANT RATE

*Travel billed at ½ rate per hour

| | Rate p/h 2007 | Rate p/h 2008 | Rate p/h 2009 | Rate p/h 2010 | Rate p/h 2011 | Rate p/h 2012 | Rate p/h 2013 | Rate p/h 2014 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| **Partner** Lee Squitieri Bar Admission year 1984 | n/a | n/a | n/a | n/a | $600 | $600 | $600 | $600 | 94.35 | $47,385.00 |
| **Managing Associate** Caitlin Duffy Bar Admission year 2007 | n/a | n/a | $225 | $225 | $225 | $225 | $225 | $225 | 141.57 | $29,828.25 |
| **Associate** Charis Ford Bar Admission year 2004 | $225 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 25.30 | $3,667.50 |
| **Associate** Gregory Noce Bar Admission year 2007 | n/a | n/a | $225 | n/a | n/a | n/a | n/a | n/a | 27.30 | $4,117.00 |
| **Associate** Michelle Quinn Bar Admission year 2012 | n/a | n/a | n/a | n/a | n/a/ | n/a | $225 | $225 | 104.33 | $23,474.25 |
| **Paralegal** Natalie Gonzalez | n/a | n/a | n/a | n/a | $150 | $150 | $150 | $150 | 82.95 | $12,442.50 |
| **Grand Total** | | | | | | | | | 475.80 | $120,914.50 |