# EXHIBIT 4

5/27/2014                              Squitieri and Fearon LLP
4:33 PM                                      Slip Listing                              Page        1

---

| Selection Criteria |
|---|

Slip.Classification          Open
Clie.Selection               Include: Home Depot- Ambrosino

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 14428<br>6/5/2007<br>WIP<br>Travel | TIME | Charis Ford<br>Travel<br>Home Depot- Ambrosi | 12.00<br>0.00<br>0.00<br>0.00 | 112.50<br>T | 1350.00 |
| 14427<br>6/6/2007<br>WIP<br>Deposition | TIME | Charis Ford<br>Deposition<br>Home Depot- Ambrosi | 7.30<br>0.00<br>0.00<br>0.00 | 225.00<br>T | 1642.50 |
| 14429<br>6/7/2007<br>WIP<br>Travel | TIME | Charis Ford<br>Travel<br>Home Depot- Ambrosi | 6.00<br>0.00<br>0.00<br>0.00 | 112.50<br>T | 675.00 |
| 14357<br>2/9/2009<br>WIP<br>prep for depositions | TIME | Caitlin Duffy<br>Deposition<br>Home Depot- Ambrosi | 1.00<br>0.00<br>0.00<br>0.00 | 300.00<br>T@2 | 300.00 |
| 14358<br>2/13/2009<br>WIP<br>correspondence with clients | TIME | Caitlin Duffy<br>Correspondence<br>Home Depot- Ambrosi | 1.70<br>0.00<br>0.00<br>0.00 | 300.00<br>T@2 | 510.00 |
| 14424<br>2/16/2009<br>WIP<br>Travel | TIME | Gregory Noce<br>Travel<br>Home Depot- Ambrosi | 12.00<br>0.00<br>0.00<br>0.00 | 132.50<br>T | 1590.00 |
| 14422<br>2/17/2009<br>WIP<br>Deposition | TIME | Gregory Noce<br>Deposition<br>Home Depot- Ambrosi | 9.30<br>0.00<br>0.00<br>0.00 | 275.00<br>T | 2557.50 |
| 14425<br>2/18/2009<br>WIP<br>Travel | TIME | Gregory Noce<br>Travel<br>Home Depot- Ambrosi | 6.00<br>0.00<br>0.00<br>0.00 | 132.50<br>T | 795.00 |

5/27/2014
4:33 PM

Squitieri and Fearon LLP
Slip Listing

Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 14359<br>2/22/2011<br>WIP<br>letters to plaintiffs | TIME | Caitlin Duffy<br>Letter<br>Home Depot- Ambrosi | 0.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 162.50 |
| 14360<br>2/23/2011<br>WIP<br>letters to plaintiffs | TIME | Caitlin Duffy<br>Letter<br>Home Depot- Ambrosi | 0.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 162.50 |
| 14361<br>2/24/2011<br>WIP<br>letters to plaintiffs | TIME | Caitlin Duffy<br>Letter<br>Home Depot- Ambrosi | 1.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 552.50 |
| 14445<br>2/24/2011<br>WIP<br>Review CD letters to Plaintiffs | TIME | Lee Squitieri<br>File Review<br>Home Depot- Ambrosi | 0.15<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 104.25 |
| 14362<br>2/25/2011<br>WIP<br>letters to plaintiffs | TIME | Caitlin Duffy<br>Letter<br>Home Depot- Ambrosi | 1.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 552.50 |
| 12545<br>4/13/2011<br>WIP<br>status update client | TIME | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 13621<br>4/13/2011<br>WIP<br>Status update client | TIME | Caitlin Duffy<br>Client Communication<br>Home Depot- Ambrosi | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 65.00 |
| 14363<br>6/7/2011<br>WIP<br>draft complaints | TIME | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 2.00<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 650.00 |
| 14364<br>6/9/2011<br>WIP<br>draft complaints | TIME | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 2.00<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 650.00 |
| 13622<br>6/12/2011<br>WIP<br>Draft complaints | TIME | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 2.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 812.50 |

5/27/2014                       Squitieri and Fearon LLP
4:33 PM                          Slip Listing                      Page    3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 12550<br>6/12/2011<br>WIP<br>draft complaints | TIME | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 2.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 812.50 |
| 14446<br>6/13/2011<br>WIP<br>Review SDCA complaints claims; plaintiffs' info | TIME | Lee Squitieri<br>Review<br>Home Depot- Ambrosi | 1.50<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 1042.50 |
| 14365<br>6/13/2011<br>WIP<br>draft complaints | TIME | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 2.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 812.50 |
| 14366<br>6/14/2011<br>WIP<br>draft complaints | TIME | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 10.00<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 3250.00 |
| 14367<br>6/15/2011<br>WIP<br>file complaints | TIME | Caitlin Duffy<br>Pleadings Brief Pretrial<br>Home Depot- Ambrosi | 0.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 227.50 |
| 14368<br>6/16/2011<br>WIP<br>file complaints; pro hacs and correct complaints | TIME | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 1.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 552.50 |
| 14447<br>6/17/2011<br>WIP<br>MDL motion initial outline for research and draft | TIME | Lee Squitieri<br>Draft Revisions<br>Home Depot- Ambrosi | 0.75<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 521.25 |
| 14369<br>6/17/2011<br>WIP<br>pro hac applications; service; finalize waivers | TIME | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 1.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 552.50 |
| 14370<br>6/24/2011<br>WIP<br>mdl research | TIME | Caitlin Duffy<br>Research and Investig<br>Home Depot- Ambrosi | 0.40<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 130.00 |
| 14371<br>6/27/2011<br>WIP<br>draft mdl motion; revise settlement letter | TIME | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 0.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 227.50 |

5/27/2014
4:33 PM

Squitieri and Fearon LLP
Slip Listing

Page     4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 14372<br>6/30/2011<br>WIP<br>draft MDL motion | TIME | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 2.00<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 650.00 |
| 12447<br>6/30/2011<br>WIP<br>Review case docket | TIME | Natalie Gonzalez<br>Research and Investig<br>Home Depot- Ambrosi | 0.25<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 37.50 |
| 14448<br>6/30/2011<br>WIP<br>finalize MDLmotion | TIME | Lee Squitieri<br>Draft Revisions<br>Home Depot- Ambrosi | 0.75<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 521.25 |
| 14373<br>7/1/2011<br>WIP<br>finalize mdl motion | TIME | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 1.40<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 455.00 |
| 13623<br>7/5/2011<br>WIP<br>Status update client | TIME | Caitlin Duffy<br>Client Communication<br>Home Depot- Ambrosi | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 65.00 |
| 12564<br>7/5/2011<br>WIP<br>status update client | TIME | Caitlin Duffy<br>Correspondence<br>Home Depot- Ambrosi | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 14449<br>7/29/2011<br>WIP<br>Review Oppt to MDL review cases cited outline reply | TIME | Lee Squitieri<br>Review<br>Home Depot- Ambrosi | 0.90<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 625.50 |
| 14450<br>8/1/2011<br>WIP<br>Review Draft, finalize Reply to MDL OPP | TIME | Lee Squitieri<br>Review<br>Home Depot- Ambrosi | 0.75<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 521.25 |
| 14374<br>8/2/2011<br>WIP<br>draft Reply brief MDL | TIME | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 0.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 227.50 |
| 14375<br>8/3/2011<br>WIP<br>draft and finalize reply brief MDL | TIME | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 1.25<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 406.25 |

| 5/27/2014<br>4:33 PM | | Squitieri and Fearon LLP<br>Slip Listing | | | Page      5 |
|---|---|---|---|---|---|

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 14451<br>9/20/2011<br>WIP<br>Preparation for MDL Arg | TIME | Lee Squitieri<br>Preparation<br>Home Depot- Ambrosi | 1.25<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 868.75 |
| 14452<br>9/26/2011<br>WIP<br>Prepare for MDL Arg | TIME | Lee Squitieri<br>Preparation<br>Home Depot- Ambrosi | 0.70<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 486.50 |
| 14376<br>9/27/2011<br>WIP<br>hearing and travel (MDL) | TIME | Caitlin Duffy<br>Court Appearance<br>Home Depot- Ambrosi | 1.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 487.50 |
| 14454<br>9/27/2011<br>WIP<br>Travel/ MDL Arg (Phila) | TIME | Lee Squitieri<br>Travel<br>Home Depot- Ambrosi | 0.75<br>0.00<br>0.00<br>0.00 | 347.50<br>T | 260.63 |
| 14453<br>9/27/2011<br>WIP<br>Attend MDL Arg | TIME | Lee Squitieri<br>Meeting<br>Home Depot- Ambrosi | 0.75<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 521.25 |
| 12393<br>11/7/2011<br>WIP<br>Work on plaintiffs' excel sheet inputing data for statute of limitation calculations using Caitlin's formula | TIME | Natalie Gonzalez<br>EDIT<br>Home Depot- Ambrosi | 1.50<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 225.00 |
| 12397<br>11/9/2011<br>WIP<br>Work on plaintiffs' excel sheet inputing data for statute of limitation calculations using Caitlin's formula | TIME | Natalie Gonzalez<br>EDIT<br>Home Depot- Ambrosi | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 300.00 |
| 12401<br>11/15/2011<br>WIP<br>Work on plaintiff excel sheet re: statute of limitations | TIME | Natalie Gonzalez<br>EDIT<br>Home Depot- Ambrosi | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 300.00 |
| 14377<br>12/24/2011<br>WIP<br>letters to plaintiffs | TIME | Caitlin Duffy<br>Letter<br>Home Depot- Ambrosi | 0.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@3 | 162.50 |

5/27/2014                       Squitieri and Fearon LLP
4:33 PM                          Slip Listing                        Page    6

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 12354      TIME | Natalie Gonzalez | 1.00 | 150.00 | 150.00 |
| 3/6/2012 | File Review | 0.00 | T@1 | |
| WIP | Home Depot- Ambrosi | 0.00 | | |
| Review plaintiffs' file, updated contact information | | 0.00 | | |
| 12358      TIME | Natalie Gonzalez | 1.50 | 150.00 | 225.00 |
| 3/21/2012 | File Review | 0.00 | T@1 | |
| WIP | Home Depot- Ambrosi | 0.00 | | |
| Review plaintiffs' file gathering dates and salary information | | 0.00 | | |
| 12409      TIME | Natalie Gonzalez | 1.50 | 150.00 | 225.00 |
| 3/28/2012 | File Review | 0.00 | T@1 | |
| WIP | Home Depot- Ambrosi | 0.00 | | |
| Review plaintiffs' file gathering dates and salary information | | 0.00 | | |
| 13624      TIME | Caitlin Duffy | 0.10 | 325.00 | 32.50 |
| 4/16/2012 | Email | 0.00 | T@3 | |
| WIP | Home Depot- Ambrosi | 0.00 | | |
| email correspondence with client | | 0.00 | | |
| 12610      TIME | Caitlin Duffy | 0.10 | 325.00 | 32.50 |
| 4/16/2012 | Email | 0.00 | T@1 | |
| WIP | Home Depot- Ambrosi | 0.00 | | |
| email correspondence with client | | 0.00 | | |
| 12357      TIME | Natalie Gonzalez | 1.60 | 150.00 | 240.00 |
| 5/3/2012 | File Review | 0.00 | T@1 | |
| WIP | Home Depot- Ambrosi | 0.00 | | |
| Review plaintiffs' files | | 0.00 | | |
| 12365      TIME | Natalie Gonzalez | 1.60 | 150.00 | 240.00 |
| 5/22/2012 | Preparation | 0.00 | T@1 | |
| WIP | Home Depot- Ambrosi | 0.00 | | |
| Review plaintiffs' file | | 0.00 | | |
| 12421      TIME | Natalie Gonzalez | 2.00 | 150.00 | 300.00 |
| 6/25/2012 | File Review | 0.00 | T@1 | |
| WIP | Home Depot- Ambrosi | 0.00 | | |
| Review plaintiff's file | | 0.00 | | |
| 12425      TIME | Natalie Gonzalez | 1.60 | 150.00 | 240.00 |
| 6/26/2012 | File Review | 0.00 | T@1 | |
| WIP | Home Depot- Ambrosi | 0.00 | | |
| Review plaintiffs' files | | 0.00 | | |
| 13728      TIME | Caitlin Duffy | 1.00 | 325.00 | 325.00 |
| 8/24/2012 | Letter | 0.00 | T@3 | |
| WIP | Home Depot- Ambrosi | 0.00 | | |
| letter to plaintiffs | | 0.00 | | |

5/27/2014                                Squitieri and Fearon LLP
4:33 PM                                        Slip Listing                                Page      7

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 12622 | TIME | Caitlin Duffy | 0.50 | 325.00 | 162.50 |
| 8/24/2012 | | Letter | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| letter to plaintiffs | | | 0.00 | | |
| 12369 | TIME | Natalie Gonzalez | 1.60 | 150.00 | 240.00 |
| 8/31/2012 | | Preparation | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Review plaintiffs' files | | | 0.00 | | |
| 12480 | TIME | Natalie Gonzalez | 0.50 | 150.00 | 75.00 |
| 9/14/2012 | | Phone Call | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Phone call to plaintiffs | | | 0.00 | | |
| 12372 | TIME | Natalie Gonzalez | 0.40 | 150.00 | 60.00 |
| 9/17/2012 | | Phone Call | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Call with plaintiff | | | 0.00 | | |
| 12486 | TIME | Natalie Gonzalez | 0.10 | 150.00 | 15.00 |
| 12/28/2012 | | Email | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Email to plaintiff re: interrogatories | | | 0.00 | | |
| 12485 | TIME | Natalie Gonzalez | 0.50 | 150.00 | 75.00 |
| 12/28/2012 | | Email | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Email to plaintiffs re: interrogatories | | | 0.00 | | |
| 14455 | TIME | Lee Squitieri | 1.00 | 695.00 | 695.00 |
| 1/4/2013 | | Review | 0.00 | T@2 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Review SJ issues/ cases | | | 0.00 | | |
| 12488 | TIME | Natalie Gonzalez | 0.40 | 150.00 | 60.00 |
| 1/14/2013 | | Email | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Email to plaintiffs re: interrogatories | | | 0.00 | | |
| 12489 | TIME | Natalie Gonzalez | 0.40 | 150.00 | 60.00 |
| 1/17/2013 | | Email | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Email to plaintiffs re: interrogatories | | | 0.00 | | |
| 12403 | TIME | Natalie Gonzalez | 6.60 | 150.00 | 990.00 |
| 1/18/2013 | | Draft Revisions | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Worked on plaintiffs' discovery responses | | | 0.00 | | |

| | | | | |
|---|---|---|---|---|
| 5/27/2014 | | Squitieri and Fearon LLP | | |
| 4:33 PM | | Slip Listing | | Page    8 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 12491       TIME<br>1/18/2013<br>WIP<br>Email to plaintiffs re:interrogatories | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 0.40<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 60.00 |
| 12498       TIME<br>1/22/2013<br>WIP<br>Email with plaintiffs re: interrogatories | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 0.40<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 60.00 |
| 12404       TIME<br>1/23/2013<br>WIP<br>Worked on Plaintiffs' discovery responses | Natalie Gonzalez<br>Draft Revisions<br>Home Depot- Ambrosi | 8.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 1200.00 |
| 12499       TIME<br>1/23/2013<br>WIP<br>Email to plaintiffs re: interrogatories | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 0.20<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 30.00 |
| 12505       TIME<br>1/25/2013<br>WIP<br>Email to plaintiffs interrogatories | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 0.30<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 45.00 |
| 12405       TIME<br>1/28/2013<br>WIP<br>Work on plaintiffs' discovery responses | Natalie Gonzalez<br>Draft Revisions<br>Home Depot- Ambrosi | 7.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 1050.00 |
| 12504       TIME<br>1/29/2013<br>WIP<br>Email to plaintiffs re: interrogatories | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 0.20<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 30.00 |
| 12406       TIME<br>2/4/2013<br>WIP<br>Work on plaintiffs' discovery responses | Natalie Gonzalez<br>Draft Revisions<br>Home Depot- Ambrosi | 6.50<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 975.00 |
| 12503       TIME<br>2/5/2013<br>WIP<br>Email to plaintiffs re: interrogatories | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 0.40<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 60.00 |
| 12635       TIME<br>2/5/2013<br>WIP<br>draft discovery responses | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 1.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 600.00 |

5/27/2014                                Squitieri and Fearon LLP

4:33 PM                                    Slip Listing                          Page     9

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 13632 | TIME | Caitlin Duffy | 3.00 | 400.00 | 1200.00 |
| 2/5/2013 | | Draft Revisions | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| draft discovery responses | | | 0.00 | | |
| 12502 | TIME | Natalie Gonzalez | 0.20 | 150.00 | 30.00 |
| 2/11/2013 | | Email | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Email to plaintiffs re: interrogatories | | | 0.00 | | |
| 13635 | TIME | Caitlin Duffy | 1.50 | 400.00 | 600.00 |
| 2/11/2013 | | Draft Revisions | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| draft discovery responses | | | 0.00 | | |
| 12435 | TIME | Natalie Gonzalez | 5.70 | 150.00 | 855.00 |
| 2/11/2013 | | EDIT | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Work on plaintiffs' discovery respones | | | 0.00 | | |
| 12639 | TIME | Caitlin Duffy | 1.25 | 400.00 | 500.00 |
| 2/11/2013 | | Draft Revisions | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| draft discovery responses | | | 0.00 | | |
| 12642 | TIME | Caitlin Duffy | 1.00 | 400.00 | 400.00 |
| 2/12/2013 | | Draft Revisions | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| draft discovery responses | | | 0.00 | | |
| 12501 | TIME | Natalie Gonzalez | 0.20 | 150.00 | 30.00 |
| 2/12/2013 | | Email | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Email to plaintiffs re: interrogatories | | | 0.00 | | |
| 13636 | TIME | Caitlin Duffy | 2.00 | 400.00 | 800.00 |
| 2/12/2013 | | Draft Revisions | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| draft discovery responses | | | 0.00 | | |
| 12500 | TIME | Natalie Gonzalez | 0.10 | 150.00 | 15.00 |
| 2/13/2013 | | Email | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Email to plaintiff re:interrogatories | | | 0.00 | | |
| 14457 | TIME | Lee Squitieri | 1.50 | 695.00 | 1042.50 |
| 2/13/2013 | | Review | 0.00 | T@2 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Review  SDCA answers to discovery | | | 0.00 | | |

5/27/2014                              Squitieri and Fearon LLP
4:33 PM                                    Slip Listing                        Page     10

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 13638 2/13/2013 WIP draft discovery responses | TIME | Caitlin Duffy Draft Revisions Home Depot- Ambrosi | 4.00 0.00 0.00 0.00 | 400.00 T@1 | 1600.00 |
| 12644 2/13/2013 WIP draft discovery responses | TIME | Caitlin Duffy Draft Revisions Home Depot- Ambrosi | 2.00 0.00 0.00 0.00 | 400.00 T@1 | 800.00 |
| 12436 2/13/2013 WIP Work on plaintiffs' discovery responses | TIME | Natalie Gonzalez EDIT Home Depot- Ambrosi | 6.00 0.00 0.00 0.00 | 150.00 T@1 | 900.00 |
| 13625 3/20/2013 WIP Plaintiff production and dismissals | TIME | Caitlin Duffy Preparation Home Depot- Ambrosi | 0.70 0.00 0.00 0.00 | 400.00 T@1 | 280.00 |
| 12653 3/20/2013 WIP plaintiff production and dismissals | TIME | 9/10/2013 Caitlin Duffy Draft Revisions Home Depot- Ambrosi | 0.70 0.00 0.00 0.00 | 400.00 T@1 | 280.00 |
| 12654 3/21/2013 WIP plaintiff's production - review documents to be produced | TIME | Caitlin Duffy Review Home Depot- Ambrosi | 2.50 0.00 0.00 0.00 | 400.00 T@1 | 1000.00 |
| 13626 3/21/2013 WIP Plaintiff's production- review documents to be produced | TIME | Caitlin Duffy File Review Home Depot- Ambrosi | 2.50 0.00 0.00 0.00 | 400.00 T@1 | 1000.00 |
| 14470 3/26/2013 WIP Travel to SD for Dep of Plaintiffs | TIME | Lee Squitieri Travel Home Depot- Ambrosi | 6.00 0.00 0.00 0.00 | 347.50 T | 2085.00 |
| 14471 3/27/2013 WIP Deposition of plaintiff and nighttime prep | TIME | Lee Squitieri Deposition Home Depot- Ambrosi | 14.00 0.00 0.00 0.00 | 695.00 T@2 | 9730.00 |
| 14472 3/28/2013 WIP Plaintiff deposition and morning prep | TIME | Lee Squitieri Deposition Home Depot- Ambrosi | 13.00 0.00 0.00 0.00 | 695.00 T@2 | 9035.00 |

5/27/2014
4:33 PM

Squitieri and Fearon LLP
Slip Listing

Page      11

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 14473<br>3/29/2013<br>WIP<br>Plaintiff Deposition | TIME | Lee Squitieri<br>Deposition<br>Home Depot- Ambrosi | 8.00<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 5560.00 |
| 14474<br>3/29/2013<br>WIP<br>Travel back | TIME | Lee Squitieri<br>Travel<br>Home Depot- Ambrosi | 6.00<br>0.00<br>0.00<br>0.00 | 347.50<br>T | 2085.00 |
| 12413<br>4/2/2013<br>WIP<br>worked on plaintiffs' production | TIME | Natalie Gonzalez<br>Draft Revisions<br>Home Depot- Ambrosi | 1.75<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 262.50 |
| 12417<br>4/11/2013<br>WIP<br>Work on plaintiffs' production | TIME | Natalie Gonzalez<br>Draft Revisions<br>Home Depot- Ambrosi | 1.60<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 240.00 |
| 12496<br>4/18/2013<br>WIP<br>Email to plaintiffs re: Deposition scheduling | TIME | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 0.40<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 60.00 |
| 14458<br>6/11/2013<br>WIP<br>Mediation Preparation, teleconference and research | TIME | Lee Squitieri<br>Meeting<br>Home Depot- Ambrosi | 1.10<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 764.50 |
| 14378<br>6/11/2013<br>WIP<br>call with opposing counsel re mediation | TIME | Caitlin Duffy<br>Phone Call<br>Home Depot- Ambrosi | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 14459<br>8/14/2013<br>WIP<br>Damage analysis for SDCA plaintiffs | TIME | Lee Squitieri<br>Review<br>Home Depot- Ambrosi | 2.50<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 1737.50 |
| 14460<br>8/14/2013<br>WIP<br>Legal research on liability issues | TIME | Lee Squitieri<br>Legal Research<br>Home Depot- Ambrosi | 1.00<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 695.00 |
| 14407<br>8/15/2013<br>WIP<br>prep for mediation:damages and case analysis | TIME | Caitlin Duffy<br>Preparation<br>Home Depot- Ambrosi | 2.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 1000.00 |

5/27/2014                                    Squitieri and Fearon LLP
4:33 PM                                            Slip Listing                                    Page      12

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 14379                    TIME<br>8/19/2013<br>WIP<br>revise letters, confirm damages for clients | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 0.70<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 280.00 |
| 14461                    TIME<br>8/19/2013<br>WIP<br>Prepare mediation strategy/ positions | Lee Squitieri<br>Preparation<br>Home Depot- Ambrosi | 1.00<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 695.00 |
| 12515                    TIME<br>8/20/2013<br>WIP<br>Work on MASM excel sheet inputting data | Natalie Gonzalez<br>Review<br>Home Depot- Ambrosi | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 300.00 |
| 14380                    TIME<br>8/21/2013<br>WIP<br>calculate costs and respond to plaintiffs re<br>mediation | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| 12439                    TIME<br>8/21/2013<br>WIP<br>Work on MASM Excel Sheet inputting data | Natalie Gonzalez<br>EDIT<br>Home Depot- Ambrosi | 3.25<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 487.50 |
| 14381                    TIME<br>8/23/2013<br>WIP<br>client calls and research damages | Caitlin Duffy<br>Phone Call<br>Home Depot- Ambrosi | 0.36<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 144.00 |
| 14382                    TIME<br>8/28/2013<br>WIP<br>call with mediator | Caitlin Duffy<br>Phone Call<br>Home Depot- Ambrosi | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 14462                    TIME<br>8/28/2013<br>WIP<br>Call with: mediator | Lee Squitieri<br>Phone Call<br>Home Depot- Ambrosi | 0.10<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 69.50 |
| 14383                    TIME<br>8/30/2013<br>WIP<br>research for mediation, settlements and cases | Caitlin Duffy<br>Research and Investig<br>Home Depot- Ambrosi | 1.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 400.00 |
| 14463                    TIME<br>8/30/2013<br>WIP<br>Mediation Statement Preparation; ouline | Lee Squitieri<br>Draft Revisions<br>Home Depot- Ambrosi | 1.00<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 695.00 |

5/27/2014                         Squitieri and Fearon LLP
4:33 PM                                Slip Listing                                    Page      13

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 14384 9/5/2013 WIP revise mediation statement | TIME | Caitlin Duffy Review Home Depot- Ambrosi | 0.70 0.00 0.00 0.00 | 400.00 T@1 | 280.00 |
| 14385 9/6/2013 WIP revise and add sections to mediation statement | TIME | Caitlin Duffy Review Home Depot- Ambrosi | 1.60 0.00 0.00 0.00 | 400.00 T@1 | 640.00 |
| 14464 9/6/2013 WIP Revise med statement | TIME | Lee Squitieri Review Home Depot- Ambrosi | 1.00 0.00 0.00 0.00 | 695.00 T@2 | 695.00 |
| 14386 9/9/2013 WIP mediation prep | TIME | Caitlin Duffy Preparation Home Depot- Ambrosi | 1.25 0.00 0.00 0.00 | 400.00 T@1 | 500.00 |
| 14387 9/10/2013 WIP travel for mediation | TIME | Caitlin Duffy Travel Home Depot- Ambrosi | 6.00 0.00 0.00 0.00 | 200.00 T | 1200.00 |
| 14465 9/11/2013 WIP Travel to mediation | TIME | Lee Squitieri Travel Home Depot- Ambrosi | 6.00 0.00 0.00 0.00 | 347.50 T | 2085.00 |
| 14388 9/11/2013 WIP meeting and prep clients for mediation | TIME | Caitlin Duffy Meeting Home Depot- Ambrosi | 0.50 0.00 0.00 0.00 | 400.00 T@1 | 200.00 |
| 14466 9/11/2013 WIP Meeting with:clients | TIME | Lee Squitieri Meeting Home Depot- Ambrosi | 0.50 0.00 0.00 0.00 | 695.00 T@2 | 347.50 |
| 14390 9/12/2013 WIP travel | TIME | Caitlin Duffy Travel Home Depot- Ambrosi | 6.00 0.00 0.00 0.00 | 200.00 T | 1200.00 |
| 14482 9/12/2013 WIP Mediation | TIME | Lee Squitieri Meeting Home Depot- Ambrosi | 6.00 0.00 0.00 0.00 | 347.50 T@1 | 2085.00 |

5/27/2014                  Squitieri and Fearon LLP
4:33 PM                      Slip Listing                      Page    14

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 14389 9/12/2013 WIP mediation | TIME | Caitlin Duffy Meeting Home Depot- Ambrosi | 3.00 0.00 0.00 0.00 | 400.00 T@1 | 1200.00 |
| 14467 9/12/2013 WIP Meeting with: clients for mediation | TIME | Lee Squitieri Meeting Home Depot- Ambrosi | 3.00 0.00 0.00 0.00 | 695.00 T@2 | 2085.00 |
| 14468 9/13/2013 WIP Travel from mediation | TIME | Lee Squitieri Travel Home Depot- Ambrosi | 6.00 0.00 0.00 0.00 | 347.50 T | 2085.00 |
| 14391 9/16/2013 WIP draft letter to plaintiffs re mediation | TIME | Caitlin Duffy Letter Home Depot- Ambrosi | 0.70 0.00 0.00 0.00 | 400.00 T@1 | 280.00 |
| 14392 9/18/2013 WIP letter review re settlement | TIME | Caitlin Duffy Letter Home Depot- Ambrosi | 0.10 0.00 0.00 0.00 | 400.00 T@1 | 40.00 |
| 14469 9/20/2013 WIP Revise/ Review damage analysis with new infor and allocation | TIME | Lee Squitieri Review Home Depot- Ambrosi | 0.80 0.00 0.00 0.00 | 695.00 T@2 | 556.00 |
| 14393 9/20/2013 WIP research damages issues/revise damage allocation | TIME | Caitlin Duffy Research and Investig Home Depot- Ambrosi | 0.80 0.00 0.00 0.00 | 400.00 T@1 | 320.00 |
| 14483 10/3/2013 WIP Draft of: Motion for Partial Summary Judgment - | TIME | Michelle Quinn Draft Revisions Home Depot- Ambrosi | 1.40 0.00 0.00 0.00 | 325.00 T@1 | 455.00 |
| 14484 10/7/2013 WIP Draft of:Joint Statement of Facts | TIME | Michelle Quinn Initial Draft Home Depot- Ambrosi | 1.30 0.00 0.00 0.00 | 325.00 T@1 | 422.50 |
| 14485 10/8/2013 WIP Review Deposition Transcripts for Joint Statement of Facts (For motion for partial summary judgement) | TIME | Michelle Quinn Review Home Depot- Ambrosi | 1.60 0.00 0.00 0.00 | 325.00 T@1 | 520.00 |

5/27/2014                      Squitieri and Fearon LLP
4:33 PM                              Slip Listing                         Page    15

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 14486          TIME<br>10/10/2013<br>WIP<br>Review Record for Statement of Facts Section and<br>possibly drafting boiler plate affidavits | Michelle Quinn<br>Review<br>Home Depot- Ambrosi | 3.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1202.50 |
| 14394          TIME<br>10/10/2013<br>WIP<br>correspondence with defense re depo | Caitlin Duffy<br>Correspondence<br>Home Depot- Ambrosi | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 14487          TIME<br>10/15/2013<br>WIP<br>Draft of:Statement of Facts for Motion for Partial<br>Summary Judgement (Proper Cal. of Damages) | Michelle Quinn<br>Initial Draft<br>Home Depot- Ambrosi | 2.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 812.50 |
| 14395          TIME<br>10/23/2013<br>WIP<br>revise statement; letter to def | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 0.40<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 160.00 |
| 14488          TIME<br>10/23/2013<br>WIP<br>Draft of: Motion for Partial Summary Judgment -<br>review Caitlin's edits to Joint Statement of Facts<br>and begin drafting/researching for partial summary<br>judgment motion | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 4.40<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1430.00 |
| 13627          TIME<br>10/24/2013<br>WIP<br>Scheduling; stipulation | Caitlin Duffy<br>Initial Draft<br>Home Depot- Ambrosi | 0.70<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 280.00 |
| 14489          TIME<br>10/25/2013<br>WIP<br>Draft of: Motion for Partial Summary Judgment | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 2.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 747.50 |
| 14490          TIME<br>10/28/2013<br>WIP<br>Draft of: Motion for Partial Summary Judgment | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 5.60<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1820.00 |
| 12858          TIME      4:08 PM<br>10/29/2013<br>WIP<br>Non-Legal Research and Investigation FWW<br>method and procedure for S.D. Cal | Michelle Quinn<br>Research and Investig<br>Home Depot- Ambrosi | 2.87<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 860.00 |

5/27/2014                                   Squitieri and Fearon LLP
4:33 PM                                           Slip Listing                                    Page      16

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 12856<br>10/29/2013<br>WIP<br>Draft of: motion for partial summary judgment | TIME<br>11:39 AM | Michelle Quinn<br>Initial Draft<br>Home Depot- Ambrosi | 3.43<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 1030.00 |
| 14481<br>10/29/2013<br>WIP<br>revise brief for PSJ | TIME | Lee Squitieri<br>Draft Revisions<br>Home Depot- Ambrosi | 2.00<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 1390.00 |
| 14478<br>10/29/2013<br>WIP<br>revise brief for PSJ | TIME | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 2.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 800.00 |
| 14491<br>10/30/2013<br>WIP<br>for motion for partial summary judgment | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 1.80<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 585.00 |
| 13628<br>10/30/2013<br>WIP<br>prep Client | TIME | Caitlin Duffy<br>Preparation<br>Home Depot- Ambrosi | 1.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 600.00 |
| 14492<br>10/31/2013<br>WIP<br>Draft of:Motion for Partial Summary Judgment | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 2.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 812.50 |
| 14493<br>11/1/2013<br>WIP<br>Draft of: motion for partial summary judgment<br>(FWW method) | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 0.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 97.50 |
| 14494<br>11/3/2013<br>WIP<br>Draft of:Motion for Partial Summary Judgment -<br>outline and research | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 1.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 422.50 |
| 14436<br>11/4/2013<br>WIP<br>Prepare client | TIME | Caitlin Duffy<br>Preparation<br>Home Depot- Ambrosi | 1.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 400.00 |
| 14435<br>11/5/2013<br>WIP<br>Sanchez Depo | TIME | Caitlin Duffy<br>Deposition<br>Home Depot- Ambrosi | 8.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 3200.00 |

Squitieri and Fearon LLP
Slip Listing

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 14495 11/5/2013 WIP motion for partial summary judgment (FWW method) | TIME | Michelle Quinn Draft Revisions Home Depot- Ambrosi | 0.70 0.00 0.00 0.00 | 325.00 T@1 | 227.50 |
| 14437 11/6/2013 WIP Travel | TIME | Caitlin Duffy Travel Home Depot- Ambrosi | 6.00 0.00 0.00 0.00 | 200.00 T | 1200.00 |
| 14496 11/6/2013 WIP Researching: motion for partial summary judgment and continue on draft | TIME | Michelle Quinn Legal Research Home Depot- Ambrosi | 0.70 0.00 0.00 0.00 | 325.00 T@1 | 227.50 |
| 14497 11/6/2013 WIP Draft of:motion for partial summary judgment (FWW method) | TIME | Michelle Quinn Initial Draft Home Depot- Ambrosi | 0.70 0.00 0.00 0.00 | 325.00 T@1 | 227.50 |
| 14499 11/10/2013 WIP draft and add sections to motion for partial summary judgment (FWW method) | TIME | Michelle Quinn Draft Revisions Home Depot- Ambrosi | 4.00 0.00 0.00 0.00 | 325.00 T@1 | 1300.00 |
| 14500 11/11/2013 WIP motion for partial summary judgment | TIME | Michelle Quinn Draft Revisions Home Depot- Ambrosi | 4.70 0.00 0.00 0.00 | 325.00 T@1 | 1527.50 |
| 14501 11/12/2013 WIP motion for partial summary judgment (FWW method) | TIME | Michelle Quinn Draft Revisions Home Depot- Ambrosi | 3.70 0.00 0.00 0.00 | 325.00 T@1 | 1202.50 |
| 12905 11/18/2013 WIP Review docket and legal research for partial summary judgment motion - look at deadlines and local rules | TIME 3:23 PM | Michelle Quinn Review Home Depot- Ambrosi | 1.89 0.00 0.00 0.00 | 300.00 T@1 | 568.25 |
| 12903 11/18/2013 WIP Review documents on docket and local rules to draft statement of facts for motion for partial | TIME 1:41 PM | Michelle Quinn Review Home Depot- Ambrosi | 1.31 0.00 0.00 0.00 | 300.00 T@1 | 393.42 |

Squitieri and Fearon LLP
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| summary judgment (FWW method) | | | | | |
| 12901<br>11/18/2013<br>WIP<br>S. D. Cal court rules and documents for state of<br>facts section of brief for motion for partial summary<br>judgment | TIME<br>11:56 AM | Michelle Quinn<br>Review<br>Home Depot- Ambrosi | 0.70<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 208.67 |
| 14479<br>11/18/2013<br>WIP<br>revise brief for PSJ | TIME | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 1.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 600.00 |
| 14480<br>11/18/2013<br>WIP<br>revise brief for PSJ | TIME | Lee Squitieri<br>Draft Revisions<br>Home Depot- Ambrosi | 1.50<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 1042.50 |
| 14502<br>11/18/2013<br>WIP<br>Review Caitlin's edits and make revisions/edits. | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 0.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 227.50 |
| 14503<br>11/18/2013<br>WIP<br>edit motion for partial summary judgment - legal<br>research | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 3.60<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1170.00 |
| 13068<br>11/19/2013<br>WIP<br>Draft of: Motion for Partial Summary Judgment -<br>FWW method | TIME<br>5:33 PM | Michelle Quinn<br>Initial Draft<br>Home Depot- Ambrosi | 1.27<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 380.42 |
| 13067<br>11/19/2013<br>WIP<br>Draft of:motion for partial summary judgment<br>(FWW Method) | TIME<br>5:29 PM | Michelle Quinn<br>Initial Draft<br>Home Depot- Ambrosi | 0.07<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 19.83 |
| 14504<br>11/19/2013<br>WIP<br>Edit Motion for Partial Summary Judgment -<br>research case law | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 3.60<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1170.00 |

5/27/2014                                      Squitieri and Fearon LLP
4:33 PM                                             Slip Listing                                    Page     19

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 14412<br>11/20/2013<br>WIP<br>Mail letter to clients regarding status update | TIME | Natalie Gonzalez<br>Letter<br>Home Depot- Ambrosi | 3.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 450.00 |
| 13072<br>11/20/2013<br>WIP<br>Draft of:motion for partial summary judgment | TIME<br>9:38 AM | Michelle Quinn<br>Initial Draft<br>Home Depot- Ambrosi | 9.45<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 2835.50 |
| 14409<br>11/20/2013<br>WIP<br>letters to clients re status update and review HD's<br>changes to SOF | TIME | Caitlin Duffy<br>Letter<br>Home Depot- Ambrosi | 3.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 1200.00 |
| 14505<br>11/21/2013<br>WIP<br>joint statement of facts and motion for partial<br>summary judgment | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 14506<br>11/21/2013<br>WIP<br>joint statement of facts and motion for partial<br>summary judgment (FWW method) | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 0.40<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 130.00 |
| 14507<br>11/21/2013<br>WIP<br>joint statement of facts and motion to dismiss<br>partial summary judgment motion | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 0.90<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 292.50 |
| 14508<br>11/21/2013<br>WIP<br>Joint Statement of Facts Not in Dispute - | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 1.00<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 325.00 |
| 13078<br>11/21/2013<br>WIP<br>edit motion for partial summary judgment (FWW<br>method) | TIME<br>4:21 PM | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 1.90<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 571.00 |
| 14408<br>11/21/2013<br>WIP<br>revise brief for ambrosino; research taxes for<br>settlement; contact clients re depos | TIME | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 3.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 1200.00 |

5/27/2014                                        Squitieri and Fearon LLP
4:33 PM                                                Slip Listing                                          Page      20

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 13629 | TIME | Caitlin Duffy | 3.00 | 400.00 | 1200.00 |
| 11/22/2013 | | Review | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| revise motion | | | 0.00 | | |
| 13079 | TIME | Michelle Quinn | 5.59 | 300.00 | 1677.83 |
| 11/22/2013 | 9:50 AM | Draft Revisions | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| review depo transcripts to add citations and make edits to motion for partial summary judgment motion | | | 0.00 | | |
| 13794 | TIME | Caitlin Duffy | 4.00 | 400.00 | 1600.00 |
| 11/25/2013 | | Review | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| revise motion papers | | | 0.00 | | |
| 13080 | TIME | Michelle Quinn | 2.78 | 300.00 | 835.00 |
| 11/25/2013 | 9:45 AM | Initial Draft | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Draft of: notice of motion - memorandum of points and authorities - declaration of Caitlin Duff - gathering documents | | | 0.00 | | |
| 14475 | TIME | Lee Squitieri | 2.50 | 695.00 | 1737.50 |
| 11/25/2013 | | Review | 0.00 | T@2 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| Review SJ cases; SJ draft; revise | | | 0.00 | | |
| 13082 | TIME | Michelle Quinn | 1.07 | 300.00 | 319.50 |
| 11/25/2013 | 2:48 PM | Draft Revisions | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| look up local rules and make sure conform and edit proposed order and declaration as well as motion to dismiss and notice of motion | | | 0.00 | | |
| 13083 | TIME | Michelle Quinn | 0.96 | 300.00 | 287.25 |
| 11/25/2013 | 3:52 PM | Doc Discovery | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| review discovery and redact for exhibits to caitlin duffy declaration in support of motion for partial summary judgment | | | 0.00 | | |
| 14510 | TIME | Michelle Quinn | 1.10 | 325.00 | 357.50 |
| 11/25/2013 | | Draft Revisions | 0.00 | T@1 | |
| WIP | | Home Depot- Ambrosi | 0.00 | | |
| proposed order, Caitlin Duffy Declaration, look up judges rules to make sure we are complying with everything | | | 0.00 | | |

5/27/2014                                   Squitieri and Fearon LLP
4:33 PM                                          Slip Listing                                        Page    21

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 14509<br>11/25/2013<br>WIP<br>revise motion for partial summary judgment and<br>other documents | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 0.90<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 292.50 |
| 14511<br>11/26/2013<br>WIP<br>MOL for motion for PSJ | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 2.10<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 682.50 |
| 14512<br>11/27/2013<br>WIP<br>make final edits to motion for PSJ and file motion | TIME | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 3.40<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1105.00 |
| 14396<br>12/1/2013<br>WIP<br>draft letter | TIME | Caitlin Duffy<br>Letter<br>Home Depot- Ambrosi | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 13096<br>12/4/2013<br>WIP<br>Make final edits to motion for PSJ and other<br>supporting documents including exhibits to be filed. | TIME<br>11:32 AM | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 7.00<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 2100.00 |
| 13097<br>12/4/2013<br>WIP<br>make final edits and file motion on ECF | TIME<br>6:32 PM | Michelle Quinn<br>Draft Revisions<br>Home Depot- Ambrosi | 2.30<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 690.00 |
| 13630<br>12/4/2013<br>WIP<br>revise motion papers | TIME | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 5.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 2000.00 |
| 14397<br>12/11/2013<br>WIP<br>email plaintiffs re settlement | TIME | Caitlin Duffy<br>Email<br>Home Depot- Ambrosi | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 13105<br>12/12/2013<br>WIP<br>Review deadlines for ambrosino briefing for Partial<br>SJ | TIME<br>6:22 PM | Michelle Quinn<br>Review<br>Home Depot- Ambrosi | 0.64<br>0.00<br>0.00<br>0.00 | 300.00<br>T@1 | 192.33 |

5/27/2014
4:33 PM

Squitieri and Fearon LLP
Slip Listing

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 14420              TIME<br>1/3/2014<br>WIP<br>draft opposition papers SJ | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 3.00<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 1200.00 |
| 14398              TIME<br>1/3/2014<br>WIP<br>damage allocation | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 0.40<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 160.00 |
| 14411              TIME<br>1/3/2014<br>WIP<br>Work on damage allocation excel sheets inputting<br>data | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 300.00 |
| 14399              TIME<br>1/6/2014<br>WIP<br>email correspondence | Caitlin Duffy<br>Email<br>Home Depot- Ambrosi | 0.10<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 40.00 |
| 14400              TIME<br>1/7/2014<br>WIP<br>damage allocation | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 1.40<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 560.00 |
| 14413              TIME<br>1/10/2014<br>WIP<br>Email with clients re: settlement | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 150.00 |
| 14477              TIME<br>1/13/2014<br>WIP<br>Review client communication re: settlement<br>proposal, allocation | Lee Squitieri<br>Review<br>Home Depot- Ambrosi | 0.60<br>0.00<br>0.00<br>0.00 | 695.00<br>T@2 | 417.00 |
| 14401              TIME<br>1/13/2014<br>WIP<br>client correspondence; damage allocation | Caitlin Duffy<br>Client Communication<br>Home Depot- Ambrosi | 1.75<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 700.00 |
| 14402              TIME<br>1/14/2014<br>WIP<br>settlement allocation | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 0.50<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 200.00 |
| 14403              TIME<br>1/16/2014<br>WIP<br>letter correspondence to client | Caitlin Duffy<br>Letter<br>Home Depot- Ambrosi | 0.60<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 240.00 |

Squitieri and Fearon LLP
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 14404<br>1/17/2014<br>WIP<br>revise damage analysis | TIME | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 0.40<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 160.00 |
| 13631<br>1/22/2014<br>WIP<br>Draft | TIME | Caitlin Duffy<br>Draft Revisions<br>Home Depot- Ambrosi | 0.60<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 240.00 |
| 14405<br>1/23/2014<br>WIP<br>revise damage analysis | TIME | Caitlin Duffy<br>Review<br>Home Depot- Ambrosi | 0.40<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 160.00 |
| 14406<br>1/24/2014<br>WIP<br>correspondence with clients; severance; damage<br>allocation | TIME | Caitlin Duffy<br>Correspondence<br>Home Depot- Ambrosi | 0.81<br>0.00<br>0.00<br>0.00 | 400.00<br>T@1 | 324.00 |
| 14414<br>2/14/2014<br>WIP<br>Forward letter from Caitlin to plaintiffs via email. | TIME | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 2.00<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 300.00 |
| 14415<br>2/19/2014<br>WIP<br>Email with clients with settlement | TIME | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 0.30<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 45.00 |
| 14416<br>4/2/2014<br>WIP<br>Email with clients re: settlement approval | TIME | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 0.30<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 45.00 |
| 14417<br>4/14/2014<br>WIP<br>Email with client re: settlement approval | TIME | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 15.00 |
| 14418<br>4/16/2014<br>WIP<br>Email with client re: settlement approval | TIME | Natalie Gonzalez<br>Email<br>Home Depot- Ambrosi | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 15.00 |
| 14410<br>9/16/2014<br>WIP<br>Prepare and mail letter to plaintiffs re mediation | TIME | Natalie Gonzalez<br>Letter<br>Home Depot- Ambrosi | 2.50<br>0.00<br>0.00<br>0.00 | 150.00<br>T@1 | 375.00 |

5/27/2014
4:33 PM

Squitieri and Fearon LLP
Slip Listing

Page    24

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|

Grand Total

|  | | Billable | | 475.80 | | 158453.38 |
|  | | Unbillable | | 0.00 | | 0.00 |
|  | | Total | | 475.80 | | 158453.38 |