# EXHIBIT 8

## Squitieri + Fearon, LLP Expense Report
## HOME DEPOT

| EXPENSE: | AMOUNT |
|---|---|
| COURT FILING FEES | $300.00 |
| COURT REPORTERS | $88,095.00 |
| DOCUMENT PRODUCTION | $812.71 |
| FEDERAL EXPRESS | $181.82 |
| FOOD/BEVERAGE | $768.87 |
| LOCAL TRANSPORTATION | $902.21 |
| MEDIATOR | $5,000.00 |
| PARALEGAL AND CLERICAL OVERTIME | $27,500.00 |
| PEOPLEFINDERS.COM | $65.05 |
| SKYLINE DUPLICATING | $195.47 |
| STAPLES | $140.38 |
| SUBPOENA | $55.00 |
| TRAVEL EXPENSES | $11,050.88 |
| U.S. DEPT OF LABOR | $300.40 |
| USPS | $95.20 |
| WITNESS FEE | $100.95 |
| TOTAL | $135,067.39 |

# Squitieri + Fearon, LLP Expense Report
## HOME DEPOT

| EXPENSE: | AMOUNT |
|---|---|
| CONFERTEL TELECONFERENCING | $29.76 |
| COURT FILING FEES | $2,203.00 |
| COURT REPORTERS | $929.50 |
|     Angela Ashworth | $1,014.40 |
|     David Ingle | $1,045.44 |
|     Jennifer L. Machamer | $795.96 |
|     Christopher M. Mills | $998.83 |
|     Terry Lee Descaro | $831.91 |
|     Charles Moore | $1,339.29 |
|     Esau Leal | $1,331.50 |
|     Chrisotpher Akeret | $1,004.35 |
|     Shantel Denis Daniels | $837.63 |
|     Joseph G. Fahey | $1,366.58 |
|     Gayle R. Franks | $1,038.31 |
|     Ronald J. Kline | $1,113.00 |
|     Richard T. Scholz | $1,194.45 |
|     Alan Aneals | $1,010.26 |
|     David Leyva | $958.74 |
|     Craig Mace | $952.56 |
|     Shane Paskett | $1,171.53 |
|     Darren Scott Williams | $1,114.26 |
| FEDERAL EXPRESS | $1,397.27 |
| GENERAL COSTS | $1,650.00 |
| LOCAL TRANSPORTATION | $128.06 |
| MEDIATION | $834.81 |
| SKYLINE DUPLICATING | $690.52 |
| TRAVEL EXPENSES | $529.07 |
|     Susan Clarke | $130.89 |
|     David Ingle | $130.89 |
|     Jennifer L. Machmer | $130.89 |
|     Christopher | $551.83 |
|     Michael A. Sanchez | $1,655.64 |
|     Jermanic Carey | $911.54 |
|     Terry Lee Descaro | $686.06 |
|     Charles Moore | $930.36 |
|     Edwin Bermudez, Jr. | $20.00 |
|     Joseph F. Fahey | $117.34 |
|     Gayle R. Franks | $176.21 |
|     Ronald J. Kline | $261.06 |
|     Richard T. Scholz | $24.75 |
|     Alan Aneals | $1,899.33 |
|     David Leyva | $1,322.32 |

## Squitieri + Fearon, LLP Expense Report
## HOME DEPOT

| | |
|---|---:|
| Craig Mace | $1,541.48 |
| Lorenzo Nicholson | $1,542.26 |
| Shane Paskett | $1,353.26 |
| Harold Smalley | $332.29 |
| Darren Scott Williams | $4,004.49 |
| Laura Woolston | $2,088.14 |
| | |
| TOTAL | $47,322.02 |

## Squitieri + Fearon, LLP Expense Report
## HOME DEPOT SOUTHERN CALIFORNIA - AMBROSINO

| EXPENSE: | AMOUNT |
|---|---|
| | |
| ANGELA ASHWORTH | |
| Court Reporter (TSG Reporting) | $1,014.40 |
| | |
| SUSAN M. CLARKE | |
| Travel Expenses | $130.89 |
| | |
| DAVID INGLE | |
| Court Reporter (Veritext Corp.) | $1,045.44 |
| Travel E Expenses | $130.89 |
| | |
| JOSEPH R. LEON | |
| Federal Express | $32.47 |
| | |
| JENNIFER L. MACHAMER | |
| Court Reporter (Veritext Corp. Services, Inc.) | $795.96 |
| Travel Expenses | $130.89 |
| | |
| CHRISTOPHER M. MILLS | |
| Court Reporter (Brown & Gallo) | $998.83 |
| Travel Expenses | $551.83 |
| | |
| MICHAEL A. SANCHEZ | |
| Travel Expenses | $1,655.64 |
| | |
| FEDERAL EXPRESS | $133.39 |
| | |
| TRAVEL EXPENSES | $107.05 |
| | |
| COURT FEE (PRO HAC MOTIONS) | $745.00 |
| | |
| CONFERTEL TELECONFERENCING | $12.72 |
| | |
| SKYLINE DUPLICATING | $690.52 |
| | |
| TOTAL | $8,175.92 |

## Squitieri + Fearon, LLP Expense Report
## HOME DEPOT NEW JERSEY DISTRICT COURT OPT-IN JOHNSON

| EXPENSE: | AMOUNT |
|---|---|
| **CHRISTOPHER AKERET** | |
| Court Reporter (TSG Reporting) | $1,004.35 |
| | |
| **EDWIN BERMUDEZ, JR.** | |
| Travel | $20.00 |
| | |
| **SHANTEL DENISE DANIELS** | |
| Court Reporter (Ace-Federal Reporters, Inc.) | $837.63 |
| | |
| **JOSEPH G. FAHEY** | |
| Court Reporter (Ace-Federal Reporters, Inc.) | $1,366.58 |
| Travel Expenses | $117.34 |
| | |
| **GAYLE R. FRANKS** | |
| Court Reporter (Veritext Corp. Services, Inc.) | $1,038.31 |
| Travel | $176.21 |
| | |
| **RONALD J. KLINE** | |
| Court Reporter (Veritext Corp. Services, Inc.) | $1,113.00 |
| Travel | $261.06 |
| | |
| **RICHARD T. SCHOLZ** | |
| Court Reporter (Court Reporting Services, Inc.) | $1,194.45 |
| Travel | $24.75 |
| | |
| **COURT REPORTERS** | |
| Veritext Corporate Services, Inc. | $929.50 |
| | |
| FEDERAL EXPRESS | $86.43 |
| | |
| TRAVEL EXPENSES | $422.42 |
| | |
| COURT FEES | $450.00 |
| | |
| LOCAL TRANSPORTATION | $128.06 |
| | |
| CONFERTEL TELECONFERENCING | $17.04 |
| | |
| **TOTAL** | **$9,187.13** |

## Squitieri + Fearon, LLP Expense Report
## HOME DEPOT ARKANSAS OPT-IN - LOVE

| EXPENSE: | AMOUNT |
|---|---|
| | |
| JERMANIC CAREY | |
| Travel | $911.54 |
| | |
| TERRY LEE DESCARO | |
| Court Reporter (Veritext Corp. Services, Inc.) | $831.91 |
| Travel | $686.06 |
| | |
| CHARLES MOORE | |
| Court Reporter (Veritext Corp. Services, Inc.) | $1,339.29 |
| Travel | $930.36 |
| | |
| ESAU LEAL | |
| Court Reporter (TSG Reporting) | $1,331.50 |
| | |
| | |
| GENERAL COSTS | |
| Jack Nelson Jones & Bryant, P.A. | $1,650.00 |
| | |
| FEDERAL EXPRESS | $119.32 |
| | |
| COURT FEES | $153.00 |
| | |
| TOTAL | $7,952.98 |

## Squitieri + Fearon, LLP Expense Report
## HOME DEPOT NORTHERN DISTRICT OF CALIFORNIA OPT-IN SMALLEY

| EXPENSE: | AMOUNT |
|---|---|
| **ALAN ANEALS** | |
| Court Reporter (Ace-Federal Reporters, Inc.) | $1,010.26 |
| Travel | $1,899.33 |
| | |
| **DAVID LEYVA** | |
| Court Reporter (Veritext Corp. Services, Inc.) | $958.74 |
| Travel | $1,322.32 |
| | |
| **CRAIG MACE** | |
| Court Reporter (Veritext Corp.) | $952.56 |
| Travel | $1,541.48 |
| | |
| **BRADLEY JAMES McADAM** | |
| Ace Parking | $30.00 |
| Federal Express | $32.47 |
| | |
| **LORENZO NICHOLSON** | |
| Travel | $1,542.26 |
| | |
| **SHANE PASKETT** | |
| Court Reporter (Veritext Corp.) | $1,171.53 |
| Travel | $1,353.26 |
| | |
| **HAROLD SMALLEY** | |
| Travel | $332.29 |
| | |
| **DARREN SCOTT WILLIAMS** | |
| Court Reporter (Veritext Corp. Services, Inc.) | $1,114.26 |
| Travel | $4,004.49 |
| | |
| **LAURA WOOLSTON** | |
| Travel | $2,088.14 |
| | |
| **MEDIATION** | $834.81 |
| | |
| **FEDERAL EXPRESS** | $993.19 |
| | |
| **COURT FEES** | $855.00 |
| | |
| **TOTAL** | **$22,036.39** |